Golnar J. Fozi (SBN 167674)
Nicolette V. Rozas (SBN 292726)
Meyers Fozi & Dwork, LLP
1808 Aston Avenue, Suite 100
Carlsbad, CA 92008
Tel: (760) 444-0039; Fax: (760) 444-0130
Email: gfozi@meyersfozi.com
nrozas@meyersfozi.com

Attorneys for Defendants,
County of Orange and Anita Schultz

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBROSE TRENADO, an individual; CLARA GRACIA, an individual; N.T., a minor, by and through her guardian ad litem, Clara Gracia<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ORANGE, by and through THE ORANGE COUNTY SOCIAL SERVICES AGENCY; ANITA SCHULTZ, an individual; KOINONIA FAMILY SERVICES; BROOKE WHITE, an individual, JANINA MILLER, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No.: 8:17-cv-02062-DOC-SS**<br>**Assigned to: Hon. David O. Carter**<br><br>**JUDGMENT OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST ALL DEFENDANTS** |

This action was removed from the Superior Court of California to this court on or about November 27, 2017 and the matter was assigned to the Honorable U.S. District Court Judge David O. Carter, and Magistrate Judge Suzanne H. Segal. On January 25, 2016, Defendants Koinonia Family Services, Brooke White and Janina Miller filed a Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Fed.

1

R. Civ. P. 12(b)(6) in its entirety. On January 26, 2018, Defendants County of Orange and Anita Schtulz, filed a Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) Motion to Dismiss in its entirety. On May 2, 2018, this court entered an order granting the Motions to Dismiss and dismissing the Plaintiffs' claims, without prejudice. The court ordered Plaintiffs' to file a Second Amended Complaint on or before May 14, 2018, if desired.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED:**

1. Plaintiffs' did not file a Second Amended Complaint on or before May 14, 2018.

2. There are no causes of action remaining at issue, as such, the action is hereby dismissed with prejudice as to all Defendants.

**IT IS SO ORDERED.**

Dated: June 6, 2018

_David O. Carter_
Hon. David O. Carter
United States District Judge